September 13, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

EDMUNDO TIJERINA, JR. AND ROYAL CAR WASH, INC., Appellants

NO. 14-16-00552-CV               V.

PLAINSCAPITAL BANK, AS SUCCESSOR IN INTEREST TO FIRST
NATIONAL BANK, Appellee

_____

Today the Court heard the parties' joint motion to reverse the judgment signed by the court below on April 15, 2016. Having considered the motion and found it meritorious, we order the judgment **VACATED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.